302 U.S. 756
 58 S.Ct. 284
 82 L.Ed. 585
 Benjamin F. J. ODELL, petitioner,
v.
BAUSCH & LOMB OPTICAL COMPANY et al.*
 No. 557.
 Supreme Court of the United States
 December 6, 1937
 
 Mr. Benjamin F. J. Odell, of Chicago, Ill., pro se, for petitioner.
 
 
 1
 For opinion below, see 91 F.2d 359.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 302 U.S. 780, 58 S.Ct. 408, 82 L.Ed. ——.